IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DOROTHY ALLEN,

    Plaintiff,

vs.                                                      No. CIV 08-0733 JB/RHS

ALLSTATE INSURANCE COMPANY
and BETTY ALDERETE,

    Defendants.

## ORDER

**THIS MATTER** comes before the Court on the Plaintiff's Motion to Stay, filed August 25, 2009 (Doc. 39). The Court held a hearing on December 11, 2009. The primary issue is whether the Court should stay all matters in this action pending the Court's determination of the Plaintiff's Motion to Remand, filed September 8, 2009 (Doc. 40). At the hearing, counsel for Defendant Allstate Insurance Company, the only Defendant against whom Plaintiff Dorothy Allen still asserts claims, agreed to the motion. The motion, therefore, is unopposed. For the reasons stated on the record, and for further reasons consistent with those already stated, the Court grants the motion.

    **IT IS ORDER** that the Plaintiff's Motion to Stay is granted.

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Anthony G. Lopez
Anthony G. Lopez Attorney at Law
Taos, New Mexico

-and-

David J. Berardinelli
Berardinelli Law Firm
Santa Fe, New Mexico

    *Attorneys for the Plaintiff*

Jennifer A. Noya
Lisa Mann
Modrall Sperling Roehl Harris & Sisk, P.A.
Albuquerque, New Mexico

    *Attorneys for Defendant Allstate Insurance Company*

Timothy M. Strong
Steptoe & Johnson LLP
Phoenix, Arizona

    *Attorney for Defendants Allstate Insurance Company and Betty Alderete*